Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote. Esq. (State Bar No. 132885)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
JAMES RUTHERFORD

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOM'S BURGERS FAMILY RESTAURANT, a business of unknown form; GEORGIA VALASKANTJIS AND NIKIFOROS VALASKANTJIS, individually and as trustees under DECLARATION OF TRUST DATED MAY 10, 2990 F/B/O GEORGIA VALASKANTJIS AND NIKIFOROS VALASKANTJIS, TRUSTORS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-2022-AJB-WVG<br><br>Hon. Anthony J. Battaglia<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: August 29, 2018<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutheford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own expert fees, costs and expenses and attorneys' fees.

Respectfully submitted,

DATED : October 24, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

## CERTIFICATE OF SERVICE

I certify that on October 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                           Respectfully submitted,

Dated: October 24, 2018                **MANNING LAW, APC**

                                    By:    */s/ Joseph R. Manning, Jr., Esq.*
                                                  Joseph R. Manning, Jr., Esq.
                                                  Attorney for Plaintiff,
                                                  James Rutherford